IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DUSTIN PURDEE,

      Petitioner,

v.

      Case No. 5D17-2418

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed November 3, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Dustin Purdee, Orlando, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.


PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the June 24, 2016 judgment and sentence in Case No. 2013-102945-CFDL, in the Circuit Court in and for Volusia County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).


      PETITION GRANTED.


SAWAYA, EVANDER, and EDWARDS, JJ., concur.